# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HERTA CARTAGENA,** | 1:15-cv-687-LJO-GSA |
| **Plaintiff,** | **ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (Doc. 4)** |
| v. | |
| **PROFESSIONAL HEALTH SERVICES, et al.,,** | |
| **Defendants.** | |

On June 17, 2015, Plaintiff filed a request that the Court issue an order dismissing the entire complaint with prejudice. *Id.* Plaintiff's request is construed as a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i).

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES with prejudice this entire action.

IT IS SO ORDERED.

Dated:   **June 18, 2015**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

1